■ RUTH S. HARRIS, Appellant, v WILLIAM STOELZEL et al., Respondents. [945 NYS2d 910]—Appeal from a judgment of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered March 30, 2011. The judgment dismissed the complaint upon a jury verdict.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Memorandum: Plaintiff commenced this action seeking, inter alia, a judgment declaring that she acquired an easement by prescription on three portions of defendants' property, for the benefit of her property. Following a trial, the jury returned a verdict in favor of defendants. Plaintiff failed to preserve for

our review her contention that the verdict is against the weight of the evidence inasmuch as she failed to make a timely motion to set aside the verdict on that ground (*see Murdoch v Niagara Falls Bridge Commn.*, 81 AD3d 1456, 1457 [2011], *lv denied* 17 NY3d 702 [2011]; *Homan v Herzig* [appeal No. 2], 55 AD3d 1413, 1413-1414 [2008]). In any event, it cannot be said that "the evidence so preponderated in favor of the plaintiff that [the verdict] could not have been reached on any fair interpretation of the evidence" (*Martinez v Wascom*, 57 AD3d 1415, 1416 [2008] [internal quotation marks omitted]; *see Manouselis v Woodworth Realty, LLC*, 83 AD3d 801 [2011]; *see generally Lolik v Big V Supermarkets*, 86 NY2d 744, 746 [1995]). Present—Scudder, P.J., Centra, Peradotto, Carni and Lindley, JJ.